**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-60901-MIDDLEBROOKS

JORGE PILOTO-RODRIGUEZ,

      Petitioner,

v.

MITCHELL DIAZ,
In his official capacity as Assistant Field Office Director,
U.S. Immigration and Customs
Enforcement and Removal Operations, et al.,

      Respondents.

_____/

## ORDER OF REFERENCE

      Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is hereby referred to United States Magistrate Judge Panayotta Augustin-Birch for a Report and Recommendation and to take all action required by law on the Petitioner for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DE 1), filed March 30th, 2026.

      **SIGNED** in Chambers, at West Palm Beach, Florida, this 31st day of March, 2026.

_____
Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record