**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60901-CV-MIDDLEBROOKS/Augustin-Birch

JORGE PILOTO-RODRIGUEZ,

      Petitioner,

v.

WARDEN BROWARD TRANSITIONAL
CENTER, et al.,

      Respondents.

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), signed on May 6, 2026. (DE 7). The Report recommends granting in part Petitioner Piloto-Rodriguez's petition for habeas corpus relief pursuant to 28 U.S.C. §2241. (*Id.*). The Report set a seven-day deadline for the filing of objections. (DE 7 at 2). The deadline has expired and no objections have been filed.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Augustin-Birch's conclusions. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 7) is hereby **ADOPTED.**

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **GRANTED IN PART**, as set forth in the Report. Accordingly, Respondent shall either afford Petitioner an individualized bond hearing before an immigration judge within seven days or release him.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

SIGNED in Chambers in West Palm Beach, Florida, this ⁄⁄ of May, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch
Counsel of Record

2